1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. ANDERSON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700




5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  IN THE MATTER OF:            )   CASE NO.
                                 )   11mj59 KJN
12  UNITED STATES OF AMERICA,    )
                                 )
13          Plaintiff            )   ORDER RE: REQUEST TO CRIMINAL
                                 )   COMPLAINT AND ARREST WARRANTS
14       v.                      )
                                 )
15  HERNAN RAMIREZ-RAMIREZ,      )
       aka "Freddie",            )
16     aka Hernan Alvarado-Alvarado; )
       and                       )
17  DANIEL VARGAS SALINAS,       )
       aka Alex Santos Vargas    )
18                               )
            Defendants.          )
19

20       Upon application of the United States of America and good cause

21  having been shown,

22       IT IS HEREBY ORDERED that the criminal complaint, arrest

23  warrants and accompanying affidavits in the above-captioned

24  proceeding shall be filed under seal and shall not be disclosed to

25  any person unless otherwise ordered by this Court, or upon the arrest

26  ///

27  ///

28  ///

1

1 | one of the defendants, or by law enforcement personnel as necessary
2 | to effectuate the arrest of the above captioned defendants.
3 | Date: Feb 22, 2011

_____
United States Magistrate Judge