```
 1  DANIEL J. BRODERICK, Bar# 89424
    Federal Defender
 2  MATTHEW M. SCOBLE, Bar# 237432
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    HERNAN RAMIREZ-RAMIREZ
 6
```

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00102 LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | |
| v. | ) | DATE: April 5, 2011 |
| | ) | TIME: 9:15 a.m. |
| HERNAN RAMIREZ-RAMIREZ, et al., | ) | JUDGE: Lawrence K. Karlton |
| | ) | |
| Defendant. | ) | |

This matter came before the Court for Status Conference on April 5, 2011, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge. The government, represented by its counsel, Assistant United States Attorney, Michael Anderson, defense counsel for HERNAN RAMIREZ-RAMIREZ, Assistant Federal Defender Matthew M. Scoble, defense counsel Gilbert Roque for DANIEL VARGAS SALINAS, and both defendants were present.

Counsel requested that the matter be set for a further status conference hearing on May 10, 2011, at 9:15 a.m. to provide the defense with sufficient time to complete its investigation.

/ / /

1   IT IS HEREBY ORDERED that this matter be set for a further status
2 conference hearing on May 10, 2011, at 9:15 a.m.
3   IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161
4 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4), the period
5 from April 5, 2011 to and including May 10, 2011, is excluded from the
6 time computations required by the Speedy Trial Act due to ongoing
7 preparation of counsel.
8 DATED: April 12, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT