DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
HERNAN RAMIREZ-RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00102 LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | |
| v. | ) | DATE: July 26, 2011 |
| | ) | TIME: 9:15 a.m. |
| HERNAN RAMIREZ-RAMIREZ, et al., | ) | JUDGE: Lawrence K. Karlton |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, HERNAN RAMIREZ-RAMIREZ, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, DANIEL VARGAS SALINAS, by and through his counsel, GILBERT ROQUE, that the status conference set for Tuesday, June 28, 2011, be continued to Tuesday, July 26, 2011, at 9:15 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

1   It is further stipulated that the time period from the date of this
2 stipulation, through and including the date of the new status
3 conference hearing, July 26, 2011, shall be excluded from computation
4 of time within which the trial of this matter must be commenced under
5 the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161 (h)(7)(B)(iv)and
6 Local Code T4 [reasonable time for defense counsel to prepare].

8 DATED: June 23, 2011          Respectfully submitted,

9                                DANIEL J. BRODERICK
                                 Federal Defender
10
                                 /s/ Matthew M. Scoble
11                               MATTHEW M. SCOBLE
                                 Assistant Federal Defender
12                               Attorney for Defendant
                                 HERNAN RAMIREZ-RAMIREZ
13

14                               /s/ Matthew M. Scoble for
                                 GILBERT ROGUE, Esq.
15                               Attorney for Defendant
                                 DANIEL VARGAS SALINAS
16
   DATED: June 23, 2011          BENJAMIN B. WAGNER
17                               United States Attorney

18                               /s/ Matthew M. Scoble for
                                 MICHAEL ANDERSON
19                               Assistant U.S. Attorney
                                 Attorney for Plaintiff
20

21

22                          **O R D E R**

23   Based on the stipulation of the parties and good cause appearing
24 therefrom, the Court hereby adopts the stipulation of the parties in
25 its entirety as its order.  It is hereby ordered that the presently set
26 June 28, 2011, status conference shall be continued to July 26, 2011,
27 at 9:15 a.m.  It is further ordered that the time period from the date
28 of the parties' stipulation, June 23, 2011, 2011, through and including

**2**

1 the date of the new status conference hearing, July 26, 2011, shall be
2 excluded from computation of time within which the trial of this matter
3 must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §
4 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense
5 counsel to prepare].
6     Based on the stipulation of the parties and good cause appearing
7 therefrom, the Court hereby finds that the failure to grant a
8 continuance in this case would deny defense counsel reasonable time for
9 effective preparation taking into account the exercise of due
10 diligence.  The Court specifically finds that the ends of justice
11 served by the granting of such continuance outweigh the interests of
12 the public and the defendants in a speedy trial.
13     **IT IS SO ORDERED.**

DATED: June 26, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT