DANIEL BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HERNAN RAMIREZ-RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-11-102 LKK |
| Plaintiff, | |
| v. | ORDER AFTER HEARING |
| HERNAN RAMIREZ-RAMIREZ, et al., | |
| Defendant. | Judge: Hon. Lawrence K. Karlton |

This matter came before the Court for status conference on July 26, 2011, in the courtroom of the Honorable Lawrence K. Karlton, U.S. District Court Judge. The government was represented by its counsel, Assistant United States Attorney Michael Anderson. Defendant Hernan Ramirez-Ramirez was present and represented by his counsel, Assistant Federal Defender, Matthew M. Scoble and defendant Daniel Vargas Salinas was also present and represented by his counsel, Gilbert Roque.

The parties stipulated to the setting of status conference on August 23, 2011, at 9:15 a.m..

/ / /

Accordingly, the parties stipulated and agreed that the time for trial under the Speedy Trial Act should be excluded from July 26, 2011, up to and including August 23, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served in continuing this matter to allow the defendants further time to prepare outweigh the best interest of the public and the defendants to a speedy trial.

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to Tuesday, August 23, 2011, at 9:15 a.m., for Further Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, the period from July 26, 2011, up to and including August 23, 2011, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel. The Court specifically finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED: July 28, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Proposed Order/Landry/CR-S-06-501-LKK     2