```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
HERNAN RAMIREZ-RAMIREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CR-00102 LKK |
| ) Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER** |
| v. ) | |
| ) | DATE: September 20, 2011 |
| HERNAN RAMIREZ-RAMIREZ, et ) | TIME: 9:15 a.m. |
| al., ) | JUDGE: Hon. Lawrence K. Karlton |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, HERNAN RAMIREZ-RAMIREZ, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, DANIEL VARGAS SALINAS, by and through his counsel, GILBERT ROQUE, that the status conference set for Tuesday, August 23, 2011, be continued to Tuesday, September 20, 2011, at 9:15 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

1     It is further stipulated that the time period from the date of this
2  stipulation, through and including the date of the new status
3  conference hearing, September 20, 2011, shall be excluded from
4  computation of time within which the trial of this matter must be
5  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
6  (h)(7)(A) & (B)(iv)and Local Code T4 [reasonable time for defense
7  counsel to prepare].

9  DATED: August 18, 2011         Respectfully submitted,
10                                 DANIEL J. BRODERICK
                                   Federal Defender
11
                                   /s/ Matthew M. Scoble
12                                 MATTHEW M. SCOBLE
                                   Assistant Federal Defender
13                                 Attorney for Defendant
                                   HERNAN RAMIREZ-RAMIREZ
14
15                                 /s/ Matthew M. Scoble for
                                   GILBERT ROQUE, Esq.
16                                 Attorney for Defendant
                                   DANIEL VARGAS SALINAS
17
    DATED: August 18, 2011         BENJAMIN B. WAGNER
18                                 United States Attorney

19                                 /s/ Matthew M. Scoble for
                                   MICHAEL ANDERSON
20                                 Assistant U.S. Attorney
                                   Attorney for Plaintiff
21

22

23                            **O R D E R**

24    Based on the stipulation of the parties and good cause appearing
25  therefrom, the Court hereby adopts the stipulation of the parties in
26  its entirety as its order.  It is hereby ordered that the presently set
27  August 23, 2011, status conference shall be continued to September 20,
28  2011, at 9:15 a.m.  It is further ordered that the time period from the

**2**

date of the parties' stipulation, August 18, 2011, through and including the date of the new status conference hearing, September 20, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(A) & (B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: August 23, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT