```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
HERNAN RAMIREZ-RAMIREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CR-00102 LKK |
|             Plaintiff,   ) | **STIPULATION AND ORDER** |
|      v.                  ) | DATE: October 18, 2011 |
|                          ) | TIME: 9:15 a.m. |
| HERNAN RAMIREZ-RAMIREZ, et ) | JUDGE: Hon. Lawrence K. Karlton |
| al.,                     ) | |
|             Defendants.  ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, HERNAN RAMIREZ-RAMIREZ, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, DANIEL VARGAS SALINAS, by and through his counsel, GILBERT ROQUE, that the status conference set for Tuesday, September 20, 2011, be continued to Tuesday, October 18, 2011, at 9:15 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

1  It is further stipulated that the time period from the date of this
2 stipulation, through and including the date of the new status
3 conference hearing, October 18, 2011, shall be excluded from
4 computation of time within which the trial of this matter must be
5 commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
6 (h)(7)(A) & (B)(iv)and Local Code T4 [reasonable time for defense
7 counsel to prepare].

9 DATED: September 15, 2011    Respectfully submitted,
10                             DANIEL J. BRODERICK
                               Federal Defender
11
                               /s/ Matthew M. Scoble
12                             MATTHEW M. SCOBLE
                               Assistant Federal Defender
13                             Attorney for Defendant
                               HERNAN RAMIREZ-RAMIREZ
14
15                             /s/ Matthew M. Scoble for
                               GILBERT ROQUE, Esq.
16                             Attorney for Defendant
                               DANIEL VARGAS SALINAS
17
   DATED: September 15, 2011   BENJAMIN B. WAGNER
18                             United States Attorney

19                             /s/ Matthew M. Scoble for
                               MICHAEL ANDERSON
20                             Assistant U.S. Attorney
                               Attorney for Plaintiff
21

23                                **O R D E R**

24  Based on the stipulation of the parties and good cause appearing
25 therefrom, the Court hereby adopts the stipulation of the parties in
26 its entirety as its order.  It is hereby ordered that the presently set
27 September 20, 2011, status conference shall be continued to October 18,
28 2011, at 9:15 a.m.  It is further ordered that the time period from the

**2**

date of the parties' stipulation, September 15, 2011, through and including the date of the new status conference hearing, October 18, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(A) & (B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: September 19, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3