```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
HERNAN RAMIREZ-RAMIREZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00102 LKK |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | |
| v. | ) | DATE: November 29, 2011 |
| | ) | TIME: 9:15 a.m. |
| HERNAN RAMIREZ-RAMIREZ, et al., | ) | JUDGE: Hon. Lawrence K. Karlton |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendant, HERNAN RAMIREZ-RAMIREZ, by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, DANIEL VARGAS SALINAS, by and through his counsel, GILBERT ROQUE, that the status conference set for Tuesday, October 18, 2011, be continued to Tuesday, November 29, 2011, at 9:15 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

1    It is further stipulated that the time period from the date of this
2 stipulation, through and including the date of the new status
3 conference hearing, November 29, 2011, shall be excluded from
4 computation of time within which the trial of this matter must be
5 commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161
6 (h)(7)(A) & (B)(iv) and Local Code T4 [reasonable time for defense
7 counsel to prepare].

9 DATED: September 15, 2011           Respectfully submitted,

10                                     DANIEL J. BRODERICK
                                       Federal Defender

12                                     /s/ Matthew M. Scoble
                                       MATTHEW M. SCOBLE
                                       Assistant Federal Defender
13                                     Attorney for Defendant
                                       HERNAN RAMIREZ-RAMIREZ

15                                     /s/ Matthew M. Scoble for
                                       GILBERT ROQUE, Esq.
16                                     Attorney for Defendant
                                       DANIEL VARGAS SALINAS

17
   DATED: September 15, 2011           BENJAMIN B. WAGNER
18                                     United States Attorney

19                                     /s/ Matthew M. Scoble for
                                       MICHAEL ANDERSON
20                                     Assistant U.S. Attorney
                                       Attorney for Plaintiff

23                                **O R D E R**

24    Based on the stipulation of the parties and good cause appearing
25 therefrom, the Court hereby adopts the stipulation of the parties in
26 its entirety as its order.  It is hereby ordered that the presently set
27 October 18, 2011, status conference shall be continued to November 29,
28 2011, at 9:15 a.m.  It is further ordered that the time period from the

**2**

date of the parties' stipulation, through and including the date of the new status conference hearing, November 29, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(A) & (B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: October 17, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT