DANIEL J. BRODERICK, Bar# 89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
HERNAN RAMIREZ-RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HERNAN RAMIREZ-RAMIREZ, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | 2:11-CR-00102 LKK <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** <br><br> DATE: January 24, 2012 <br> TIME: 9:15 a.m. <br> JUDGE: Hon. Lawrence K. Karlton |

It is hereby stipulated and agreed to between the United States of America through MICHAEL ANDERSON, Assistant U.S. Attorney, and defendants, HERNAN RAMIREZ-RAMIREZ by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, and DANIEL VARGAS SALINAS by and through his counsel, GILBERT ROQUE, that the status conference set for Tuesday, November 29, 2011, be continued to Tuesday, January, 24, 2012, at 9:15 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, through and including the date of the new status conference hearing, January 24, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161

///

///

(h)(7)(A) & (B)(iv)and Local Code T4 [reasonable time for defense counsel to prepare].

DATED: November 22, 2011   Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

*/s/ Matthew M. Scoble*
MATTHEW M. SCOBLE
Assistant Federal Defender
Attorney for Defendant
HERNAN RAMIREZ-RAMIREZ

*/s/ Matthew M. Scoble for*
GILBERT ROQUE, Esq.
Attorney for Defendant
DANIEL VARGAS SALINAS

DATED: November 22, 2011   BENJAMIN B. WAGNER
United States Attorney

*/s/ Matthew M. Scoble for*
MICHAEL ANDERSON
Assistant U.S. Attorney
Attorney for Plaintiff

## **O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the status conference currently set for Tuesday, November 29, 2011, be continued to **Tuesday, January 24, 2012, at 9:15 a.m.**  It is further ordered that the time period from the date of the parties' stipulation, through and including the date of the new status conference hearing, January 24, 2012, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(A) & (B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

DATED: November 23, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT