HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DANIEL VARGAS SALINAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>DANIEL VARGAS SALINAS,<br><br>            Defendant. | No. Cr. S 11-102 MCE<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge: Honorable MORRISON C. ENGLAND, Jr. |

    Defendant, DANIEL VARGAS SALINAS by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

    1.    Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

    2.    On May 30, 2012, this Court sentenced Mr. Salinas to a term of 72 months imprisonment;

    3.    His total offense level was 31, his criminal history category was I, and the resulting guideline range was 108 to 135 months. He received a reduction from the low end of the applicable guideline range on the government's motion;

4. The sentencing range applicable to Mr. Salinas was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Salinas's total offense level has been reduced from 31 to 29, and his amended guideline range is 87 to 108 months. A reduction comparable to the one received at the initial sentencing would produce a term of 57 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Salinas' term of imprisonment to 57 months.

7. In light of the parties' stipulation, the noticed motion filed April 22, 2015, is withdrawn.

Respectfully submitted,

Dated: April 23, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: April 23, 2015

HEATHER E. WILLIAMS
Federal Defender

/s/ *David M. Porter*
DAVID M. PORTER
Assistant Federal Defender

Attorney for Defendant
DANIEL VARGAS SALINAS

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Salinas is entitled to the benefit Amendment 782, which reduces the total offense level from 31 to 29, resulting in an amended guideline range of 87 to 108 months. A reduction comparable to the one received at the initial sentencing would produce a term of 57 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in May 2012 is reduced to a term of 57 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Salinas shall report to the United States Probation Office within seventy-two hours after his release.

The noticed motion having been withdrawn, the hearing set for May 7, 2015 is VACATED.

IT IS SO ORDERED.

Dated:  April 28, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT